JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED AFRICAN-ASIAN ABILITIES CLUB, ON BEHALF OF ITSELF AND ITS MEMBERS; JESSIE JAMES DAVIS IV, An Individual** | **Case No: 2:21-cv-10027 DSF(AFMx)** |
| **Plaintiffs,** | **ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |
| **v.** | [Fed. R. Civ. P. Rule 41(a)(1)(ii)] |
| **THE 1994 11TH STREET PARTNERS, L.P.; and DOES 1 THROUGH 10, Inclusive** | |
| **Defendants** | |

Based on the Joint Stipulation for Dismissal With Prejudice submitted by the parties herein and for good cause shown, this Court hereby dismisses with prejudice all Defendants from Plaintiffs' Complaint and dismisses with prejudice Plaintiffs' complaint in its entirety.  Each of the parties herein shall bear their own respective attorney fees and costs.

**IT IS SO ORDERED.**

Dated: April 20, 2022

By: _Dale S. Fischer_
Hon. Dale S. Fischer
United States District Judge

ORDER FOR DISMISSAL

1